NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN L. NORMAN, DOC #739594,    )
                                    )

        Appellant,             )

v.                               )    Case No. 2D17-3630

SHERIFF WILLIAM G. PRUMMELL,JR.,  )
ROBERT GAY, and HECTOR OQUENDO,  )

        Appellees.           )
_____)

Opinion filed September 20, 2019.

Appeal from the Circuit Court for Charlotte
County; Lisa S. Porter, Judge.

John L. Norman, pro se.

Adriana M. Jisa of Purdy, Jolly,
Giuffreda, Barranco & Jisa, P.A.,
Ft. Lauderdale, For Appellees.


PER CURIAM.

        Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.